IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2022 JUL 27 PM 12:58

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

UNITED STATES OF AMERICA

v.

RADAMES REVILLA-MACHIN,

Defendant.

INDICTMENT

Criminal No. 22-332 (PAD)

Violations:
18 U.S.C. § 922(a)(1)(A)

Forfeiture Allegation

ONE COUNT

*FILED UNDER SEAL*

THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

1. Since 2012, RADAMES REVILLA-MACHIN has acquired and then transferred over 600 firearms in Puerto Rico. Several of these transfers occurred within 72 hours of his acquisition of the guns.

2. REVILLA-MACHIN has paid to advertise his guns for sale on websites such as comprayventadearmas.com and pewpewpr.com.

3. In 2019, the Bureau of Alcohol, Tobacco, Firearms and Explosives sent REVILLA-MACHIN a letter advising him to stop engaging in the unlicensed business of dealing in firearms.

## COUNT ONE
Engaging in the Business of Dealing in Firearms Without a License
18 U.S.C. §§ 922(a)(1)(A) and 2

Beginning in 2012 and continuing up until 2022, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

RADAMES REVILLA-MACHIN,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code did willfully engage in the business of dealing in firearms. All in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 922(a)(1)(A) as set forth in Count One of this Indictment, the defendant,

RADAMES REVILLA-MACHIN,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense. All in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

FOREPERSON
Date: 7-27-22

W. STEPHEN MULDROW
United States Attorney

Jonathan Gottfried
Assistant United States Attorney
Chief, Violent Crimes Division

Linet Suárez
Assistant United States Attorney
Violent Crimes Division