# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE GISELLE LOPEZ-SOLER**

DATE: July 27, 2022
AUSA Pedro Casablanca

UNITED STATES OF AMERICA

Plaintiff

v

SEALED

Defendant(s)

Return of
Indictment by the Grand Jury
Criminal No.   **22-CR-0332 (PAD)**

Indictment was filed in open court.

**Arraignment** to be set upon arrest.

Case is assigned to Judge Pedro A. Delgado-Hernandez.

**NEW CASE:**

☐ This Indictment supersedes Criminal Case No. ____.

☐ Defendant(s) **appeared** in _____. Magistrate case merged and closed.

☐ Defendant(s) charged in magistrate case -----. but **not arrested.** Magistrate case merged and closed.

☒ Defendant(s) **not charged** in magistrate case.

☒ The Court granted the government's motion to seal.

☐ Defendant(s) to remain on same bond.

☐ Defendant(s) under custody: ____. Marshal to produce defendant(s).

☒ Arrest warrants to be issued.

☐ Summons to be issued.

**S/Marian B. Ramirez-Rivera**
Courtroom Deputy Clerk